UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

FILED
MAY 0 4 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Wellington Dickens III

Plaintiff

vs.

WAKEMED HEALTH & HOSPITALS and

WAKE COUNTY GOVERNMENT

Defendants

Civil Action No. 5:18-CV-1-FL

COMPLAINT FOR

Violation of Civil Rights

DEMAND FOR JURY TRIAL

I, Plaintiff Wellington Dickens("WD"), by and through self-representation/Pro se, hereby brings this action under 42 U.S.C. § 1983 and common law against Defendants WAKEMED HEALTH & HOSPITALS("WM") WAKE COUNTY("WC") to redress my civil rights as follows:

## GENERAL ALLEGATIONS

1. Plaintiff seeks relief under the Civil Rights Act of 1871, as amended, codified in 42 U.S.C. § 1983 for the violation by the defrauding of his rights secured by the United States Constitution, including the First, Second, Fourth, Fifth, Sixth, Eighth, Thirteenth, and Fourteenth Amendments, and by the laws and Constitution of the State of North Carolina.

2. Plaintiff seeks compensatory and punitive damages, injunctive and declaratory relief, and such other relief as this Court deems equitable and just.

## JURISDICTION

3. Jurisdiction is conferred upon this court by 28 U.S.C. §§ 1331 and 1343(3) and (4) as this action seeks redress for the violation of my natural and civil rights that are protected by the Constitution of the United States.

4. My claims for declaratory and injunctive relief are authorized by 28 U.S.C. §§ 2201 and 2202 and Rule 57 of the Federal Rules of Civil Procedure.

5. Plaintiff further invokes the supplemental jurisdiction of this Court under 28 U.S.C. §1367(a) to hear and adjudicate state law claims. Each and all of the acts alleged herein were done by defendants WM and WC, or their officers, agents, and employees, under color and pretense of the statutes, ordinances, regulations, customs and usages of North Carolina.

## INTRADISTRICT ASSIGNMENT/ VENUE

6. Venue in this district is proper in the Eastern District of North Carolina under 28 U.S.C. § 1391(b) and (c) in that defendant WM and WC are administratively located within this district, and the events giving rise to this claim occurred within the Eastern District of North Carolina.

## PARTIES

7. Plaintiff WD is, and at all times mentioned in this complaint was, citizen of the United States, residing in the City of Raleigh, County of Wake, State of North Carolina.

8. At all relevant times, Defendant WM and WC were both municipal entities created and authorized under the laws of the State of North Carolina in which WC is authorized by 42 U.S.C. §5106i to maintain child protection services..

9. Defendant WM was at all times the private employer of all agents responsible for providing healthcare services for my wife Stephanie Dickens(maiden name Jones) and daughter ▊ and WC was at all relevant times the public employer of all agents responsible for child protective services.

## NOTICE OF CLAIM

10. WD timely filed a complaint with WM and WC via certified mail with reception on September 16,2016 , setting forth the facts underlying my claims against both WM and WC.

11. WM stated that their staff acted appropriately and in compliance with their legal obligations(see Ex-B), WC has yet to respond to any of my claims, and no compensation has been offered by either WM or WC in response to my claims prior from now to the filing of this claim.

12. This action has been commenced within sixteen months of the reception of my claims by both WM and WC..

## DEMAND FOR JURY TRIAL

13. I, Plaintiff WD demand a jury trial.

## FACTS

14. On August 18th, 2016, Plaintiff WD took his wife to WM at location 3000 New Bern Avenue, Raleigh, North Carolina 27610 due to her being in labor with our soon to be daughter at the time ▊.

15. Due to our religious and spiritual beliefs we informed all involved staff of WM prior to having any services done that we wanted to have a lotus birth and that when it came to ▊ we did not want the use of any needles to penetrate her skin whether to draw blood or induce any vaccine or medication as well as any other medication we were uncomfortable with, in which all of WM staff agreed.

16. On August 18, 2016 from the time ▊ was born until discharge on August 22, 2016, WM staff used a secondary, less accurate method of checking for alleged hyperbilirubinemia a.k.a. "jaundice" in which they opted to use voluntarily due to them

honoring our religious beliefs even though we never requested for these tests to be done. WM also filed a report with WC child protective services in which they said was due to 1. my wife and I not following their medical advice to leave ▮ on a "bili bed" even though we never requested that service and 2. my wife and I wanting ▮ to be discharged from the hospital earlier than they wanted us to(see Ex-A and O).

17. On August 22, 2016 my wife was discharged without any issues but our daughter was discharged from WM against their medical advice in which we appreciated but did not request or need at that time pertaining to our daughter.

18. On August 23, 2016 my wife and I are greeted by WC child protective services on our property in regards to the report filed by WM about ▮ on Aug 18, 2016.

19. At that time the staff of WC was told that we did not require their services and to not trespass on our property anymore from that point on unless they had a warrant with probable cause statement attached by a judge(in which I have video evidence of the full encounter to include in my exhibits later).

20. On August 25, 2016 my wife and I were greeted by two CITY OF RALEIGH police officers who were assisting WC and their emergency medical service agents stating that if we did not let WC physically evaluate my daughter at that time that they would then place a petition into court to take my daughter for an unknown amount of time and to do the unknown.

21. We denied WC emergency medical services the ability to evaluate our daughter but after being pressured we only allowed the two CITY OF RALEIGH police officers to check if ▮ indeed was still visually healthy and alive, in which they agreed that she was and then left along to relay those details to WC minutes after.

22. On October 31, 2016 five WC deputy sheriffs entered my home without permission and arrested me without a warrant ,probable cause, or my flip flops in which they destroyed causing me to walk barefoot and later imprisoned me without seeing an Article Three judge or even allowing me the opportunity to post bail due to the judge not naming a dollar amount(in which I have video evidence taken by my wife of the partial encounter and will include in exhibits later).

23. On November 1, 2016 I was told during court by a WC judge that in order to be released my wife had to take ▮ to a WC clinic to be evaluated.(see Ex-O1, O2, and O3)

24. Under duress I ordered my wife to take ▮ to an appointment which was made by and supposed to be paid for by WC at WC Child health clinic at 10 Sunnybrook Rd, Raleigh, NC 27610, in which no abnormalities were found by their staff to include the alleged hyperbilirubinemia/jaundice that was originally diagnosed without any blood sample and then disclosed to WC by WM(see Ex-P).

25. On December 5,2016 and January 7,2017 my wife and I received a bill from WC for $252.00 for the appointment stated on line "24" above that was completely set up by WC for my wife to take ▮ to attend while under duress(see Ex-P1).

26. Up til the time of me writing this claim and even upon the proof provided by WC child health clinic, neither WM or WC have compensated or either apologized for their right infringements and never admitted to any fault of their own.

27. Defendants' unlawful actions were done willfully, knowingly and with the specific intent to deprive my wife and I of inalienable rights secured by the First, Fourth, Fifth, Sixth, Eighth, Thirteenth, and Fourteenth Amendments of the Constitution of the United States.

28. Defendants' have acted with a deliberate indifference to my rights that are secured by the Constitution. As a direct and proximate result of the acts as stated herein by each of the Defendants, my rights secured by the Constitution have been violated which has caused my wife and I to suffer physical, mental, and emotional injury and pain, mental anguish, suffering, humiliation and embarrassment.

29. I, WD have no adequate remedy at law and I have and will continue to suffer serious and irreparable harm to rights secured by the Constitution unless Defendants are enjoined from continuing their unlawful interpretations of the North Carolina General Statutes, policies, practices, and/customs which have directly and proximately caused such abuses to said rights.

### FIRST CAUSE OF ACTION

**42 U.S.C §1983: FRAUD/VIOLATION OF RIGHT TO FREEDOM OF RELIGION, LIBERTY, CONSENT, CONSCIOUS, 42 U.S.C. §5106i(2), WM PATIENT RIGHTS/N.C.G.S §131E-117, and TO BE SECURE IN PERSONS, HOUSES, PAPERS, and EFFECTS AGAINST UNREASONABLE SEARCHES AND SEIZURES - Against Defendants WM and WC**

30. Plaintiff incorporates by reference all preceding paragraphs as if fully restated here.

31. After WM was told that due to the religious and spiritual beliefs of my wife and I that no needles were going to be required for our daughter, they used a non-invasive device on my daughters forehead to check her bilirubin levels and eventually diagnosed my daughter with jaundice without using a blood sample.

32. According to WM information on high bilirubin levels and all other medical sources I gathered, a blood test is needed in order to even properly diagnose anyone with hyperbilirubinemia or jaundice and yet my daughter was still diagnosed without one.

33. This alleged diagnosis was the foundation used as means to attempt to coerce my wife and I into requesting services"blood draws" that we knew our daughter did not need due to her healthy appearance and behaviors she displayed at that time that my wife and I made evaluation on her and later means to disclose medical records to WC, because without a diagnosis, child protective services would not have been able to be involved in this coercion attempt at all.

https://docs.google.com/document/d/1YNeP8OA1zDPjFavyi7dyszhrL-_adT0pgXMvdu1bMPk/edit 4/7

34. WM disclosed these private medical records of my wife including her alleged positive reading for THC and my daughter and her diagnosis of alleged hyperbilirubinemia to non-pertinent medical staff of WC child protective services 3 days before discharge on August 18, 2016(see Ex-O) due to my wife and I dismissing their medical advice that we consciously believed and later proven by medical staff of WC to be unnecessary due to no abnormalities being found to include the prematurely alleged diagnosis of hyperbilirubinemia of our daughter. This premature contact of WC by WM disclosing the said medical records prior to even leaving WM premises shows their malice towards the religious and spiritual beliefs of my wife and I.

35. On Ex-A"Urine Drug of Abuse Screen" WM made a false statement that "Urine drug screen results are intended for medical use only and specimens are not collected and maintained to provide a chain of legal evidence", because the alleged results of the unrequested drug screen of my wife was given to WC and proof can be seen on the legal petition entered in court by WC, see Ex-O.

36. WM defrauded us into using their services due to them portraying that they would allow my wife and I to exercise our right to express our religious beliefs to not involve any use of needles with ▇ just to make us suffer by unlawfully disclosing the health records of my wife and our daughter to WC due to us opting to follow our religious beliefs instead of their voluntary "medical advice" which was unrequested as far as the issue of ▇ being diagnosed with alleged hyperbilirubinemia.

37. If WM would have informed WC that due to the religious beliefs of my wife and I we did not require any use of needles on our daughter than they should have not infringed on those rights pursuant to 42 U.S.C. §5106i(a)(2) which gives the" rule for construction" of North Carolina(see Ex-N) in which WM and WC subscribe to the North Carolina "State Law"(see Ex-B and Ex-Q).

## SECOND CAUSE OF ACTION

### FALSE IMPRISONMENT and FALSE ARRESTS/VIOLATION OF RIGHTS TO LIFE, PURSUIT OF HAPPINESS, SURVIVAL, PROPERTY, BEAR ARMS, and BAIL - Against Defendant WC

38. The contents of the above paragraphs are incorporated herein by reference as if fully set forth herein.

39. On October 31, 2016 five WC deputy sheriffs lacking any warrant or probable cause forcefully gained entry to my house without my permission and arrested and imprisoned me at WC detention center at 3301 Hammond Rd, Raleigh, NC 27610 without bail and as conditions to be released I was ordered to take and have my daughter seen at WC child health clinic against my will.

40. Due to neither my wife or I not committing any crimes by expressing our natural rights, neither my wife or I was ever charged with or convicted with any crimes by WC and therefore I should not have been falsely arrested and imprisoned for two days by WC in which consequently all those rights of mine were infringed listed within this "second cause".

### THIRD CAUSE OF ACTION

**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AND COLLUSION/VIOLATION OF RIGHT TO TRIAL BY JURY, PROTECTION AGAINST CRUEL AND UNUSUAL PUNISHMENT - Against Defendants WM and WC**

41. The contents of the above paragraphs are incorporated herein by reference as if fully set forth herein.

42. WM and WC outrageous conduct intentionally caused severe emotional distress to my Family and I, to include : fear, anger, anxiety, and post-traumatic stress disorder(Wife Stephanie, two sons ▇ and ▇▇▇▇, and daughter ▇).

43. On its face WM and WC actions were completely voluntary not including the complete disregard of the religious and spiritual beliefs of my wife and I and therefore should naturally be considered cruel and unusual punishment due to there not being any constitutional laws or provisions for WM to initiate or WC to conduct child protective services that were unrequested and unconsented in the first place. Also pursuant to Title 1 §204, Title 42 of the U.S. Code was never enacted into positive law(Title 42 § 51061(a)(2) is the federal code that required "the rule of construction" for all child protective services in all states that safeguards rights that are ultimately safeguarded by the First Amendment in which WM and WC both fall under according to their given physical locations of business in Wake County, North Carolina..

44. Due to my wife and I owning our daughter/property, this also on its face gives WM or WC no right to be able to make decisions with what my wife and I alone created. Although we never intend on not using medical advice, when it no longer parallels to our mentioned beliefs and later in facts intersects, then to know our beliefs prior to making unwarranted decisions on property that is not theirs(WM and WC), is just outright unlawful.

45. I was falsely arrested and imprisoned by WC and was not giving a cash bond of any dollar amount and instead forced into having my wife take our daughter to a doctor of their choice to verify that she was ok as stipulations to me being set free.

46. Also WM claims to be a private business with no business relation to WC, which also confirms their initial, disclosure of the said medical records were indeed not forced but outright voluntary and emotionally charged.

### FOURTH CAUSE OF ACTION

Case 5:18-cv-00001-FL   Document 1-1   Filed 01/05/18   Page 6 of 7
https://docs.google.com/document/d/1YNeP8OA1zDPjFavyi7dyszhrL-_adT0pgXMvdu1bMPk/edit                6/7

## INVASION OF PRIVACY/VIOLATION OF RIGHT TO PRIVACY, PROTECTION AGAINST PRIVATE PROPERTY BEING TAKEN FOR PUBLIC USE WITHOUT JUST COMPENSATION - Against Defendants WM and WC

47. The contents of the above paragraphs are incorporated herein by reference as if fully set forth herein.

48. On August 18, 2016 WM disclosed the private medical records to WC of my wife and daughter without our permission and without either of us receiving any compensation for the public use of our private property.

49. WM states on medical records that the "drug screen" alleged results will not be used for any legal purposes(see Ex-A under "drug screen comment page 7), but to the contrary they disclosed those medical records to WC in which they used to file on a petition to gain custody of my daughter ultimately in which was not allowed by the Most High God up to this point(see Ex-O WC Petition under allegation description).

50. When I was falsely imprisoned as mentioned above, i had my property(photograph/mugshot and fingerprints) taken by WC without being compensated for its uses as well.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief as follows:

a. A declaration that defendants' conduct violated the First, Second, Fourth, Fifth, Sixth, Eighth, Thirteenth, and Fourteenth Amendments to the United States Constitution and Plaintiffs' rights under the North Carolina Constitution and state common law in the matters alleged herein, upon consideration of the evidence adduced at trial or otherwise;

b. A mandatory injunction requiring that the Defendant WM rescind the diagnosis of "hyperbilirubinemia" from the medical record of my daughter ▇ with proof of its rescission.

c. An injunction enjoining the Defendants WM, WC, or any agents that belong to them from engaging in conduct to unlawfully disrupt, disperse, interfere with, or prevent the lawful full expression of my natural rights explained above;

d. Award Plaintiffs compensatory damages against the Defendant, including, but not limited to any emotional distress, recompensable costs related to self-representation, and other compensatory damages as permitted by law and according to proof at trial;

e. Award Plaintiffs punitive damages;

f. Award cost of suit pursuant to 42 U.S.C. §§ 1920 and 1988; and,

g. Award such other and further relief as may be required in the interests of justice.

Godspeed,

i, a man, Wellington Dickens III say here, and will verify in open court, that all herein be true.

January 5, 2018