UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


| | | |
|---|---|---|
| WELLINGTON DICKENS, III | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| WAKEMED HEALTH & HOSPITALS | ) | No. 5:18-CV-1-FL |
| INC and WAKE COUNTY | ) | |
| GOVERNMENT | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Order and Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 26, 2018, and for the reasons set forth more specifically therein, that this action is dismissed. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on July 26, 2018, and Copies To:**
Wellington Dickens, III (via US mail) 3325 Woodmeadow Parkway, Raleigh, NC 27610.

July 26, 2018                    PETER A. MOORE, JR., CLERK


                                  /s/ Sandra K. Collins
                                 (By) Sandra K. Collins, Deputy Clerk